BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARK BAGDASARIAN and<br>RYAN BAGDASARIAN<br><br>　　　　　　Defendants.<br>_____ | CASE NO. 1:11-CR-352 LJO SKO<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

The parties request that the status conference in this case be continued from April 16, 2012 to June 4, 2012 at 1:00p.m. They stipulate that the time between April 16, 2012 and June 4, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation and to allow for plea negotiations, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the government has provided substantial additional discovery related to financial crimes which may result in additional charges and therefore impact plea

negotiations in this case.  The government has not yet made a plea offer due to the potential for additional charges against one or more of the defendants.  The continuance will provide sufficient time for the government to execute a plea offer and for counsel for the defendants to present the government's proposed plea offer to their respective clients for consideration.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: April 12, 2012          By:   /s/Elana S. Landau
                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney


DATE: April 12, 2012                /s/Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for Mark Bagdasarian


DATE: April 12, 2012                /s/Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Attorney for Ryan Bagdasarian


**ORDER**

IT IS SO ORDERED.

**Dated:   April 12, 2012**                  /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE