ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
MARK BAGDASARIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>MARK BAGDASARIAN,<br>RYAN BAGDASARIAN,<br><br>    Defendants. | Case No.: 1:11-CR-352 LJO-SKO<br><br>*AMENDED* STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br><br><br>DATE: April 15, 2013<br>TIME: 1:00 p.m.<br>Hon. Shiela K. Oberto |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elana S. Landau, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the status conference in this case, previously scheduled for April 15, 2013, at 1:00 p.m., be continued until **June 3, 2013, at 1:00 p.m.** before the Honorable Sheila K. Oberto.

The reason for this request is the parties' need further plea negotiations. The parties have agreed that the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and

1 the need for preparation in the case.
2     The parties agree that time shall be excluded to and through
3 the date of the status conference in that failure to grant the
4 requested continuance would unreasonably deny the defendants
5 continuity of counsel, and unreasonably deny both the defendants
6 and the government the reasonable time necessary for effective
7 preparation, taking into account the parties' due diligence in
8 prosecuting this case and that, based on the reasons articulated,
9 that the continuance in the "ends of justice" outweighs the
10 interest of the public and defendant in a speedy trial under the
11 Speedy Trial Act. 18 U.S.C. §3161(h)(7)(B)(iv).

                                                               Respectfully submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

16 DATED: April 11, 2013             */s/ Elana S. Landau*
                                                              ELANA S. LANDAU
                                                               Assistant United States
                                                              Attorney

DATED: April 11, 2013             */s/ Anthony P. Capozzi*
                                                             Anthony P. Capozzi
                                                             Attorney for Defendant
                                                             Mark Bagdasarian

DATED: April 11, 2013             */s/ Charles J. Lee*
                                                             Charles J. Lee
                                                             Attorney for Defendant
                                                            Ryan Bagdasarian

**ORDER**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 15, 2013, to, and including, June 3, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161 (h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled for April 15, 2013, at 1:00 p.m. is continued to **June 3, 2013, 1:00 p.m.** If the parties are unable to resolve the case before that date, they shall be prepared to select a mutually agreeable trial date before United States District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **April 11, 2013**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE