```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffice.com
```

Attorney for Defendant,
MARK BAGDASARIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00352-LJO |
| Plaintiff, | ) |
| vs. | ) Request to File Under Seal </br> ) Stipulation and Order. |
| MARK BAGDASARIAN, | ) |
| Defendant. | ) |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Mark Bagdasarian, by and through his attorney Anthony P. Capozzi, hereby requests that the Stipulation and [Proposed] Order be filed under seal with copies being served upon the United States Attorney and Pretrial Services.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

///

///

The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the Stipulation and [Proposed] Order be Sealed with copies served electronically upon the United States Attorney and Pretrial Services.

Respectfully submitted,

DATED: August 30, 2013

*/s/ Anthony P. Capozzi*

Anthony P. Capozzi
Attorney for,
MARK BAGDASARIAN

**ORDER**

For reasons set forth above, the defendants request to have the Stipulation and [Proposed] Order filed Under Seal is granted.

IT IS SO ORDERED.

Dated:  **August 30, 2013**         /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE