**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN AND RYAN BAGDASARIAN,<br><br>Defendant. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>**STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL; ORDER of DENIAL**<br><br>**Date: August 11, 2014**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Trial Confirmation, presently set for August 11, 2014, at 8:30 a.m., and the Jury Trial, presently set for August 26, 2014, be vacated. The parties further stipulate that a Status Conference be set for November 3, 2014, at 8:30 a.m.

Good cause exists for this request as this matter has been delayed because of the Department of Justice's change in policy regarding the prosecution of marijuana dispensary cases. Counsel for Mark Bagdasarian and Ryan Bagdasarian and Assistant United States Attorney Kevin Rooney are working on a resolution of this case, but need additional time, until at least November 3, 2014, to resolve the issues in this case.

Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public

and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 11, 2014 through November 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated:   July 25, 2014          By:   */s/Kevin P. Rooney*
                                      KEVIN P. ROONEY
                                      Assistant United States Attorney


Dated:   July 25, 2014          By:   */s/Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for MARK BAGDASARIAN


Dated:   July 25, 2014          By:   */s/Charles Lee*
                                      CHARLES LEE
                                      Attorney for RYAN BAGDASARIAN

**<u>ORDER</u>**

Good cause has not been stated and the current dates will remain as the actual dates. If the Department of Justice has changed its policy, it is simply now a matter of adhering to the policy. No reason has been given for the need of further time to get the case resolved or readied for trial. DENIED.

IT IS SO ORDERED.

   Dated:   **July 25, 2014**                              **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE