**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK BAGDASARIAN,<br><br>　　　　Defendant. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

　　　Defendant, Mark Bagdasarian, by and through his attorney Anthony P. Capozzi, hereby requests that the Declaration of Anthony P. Capozzi be filed under seal with a copy being served upon the United States Attorney.

　　　This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

　　　The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

///

///

Accordingly, it is requested that the Declaration of Anthony P. Capozzi be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:   July 25, 2014       By:   */s/Anthony P. Capozzi*
                                   ANTHONY P. CAPOZZI
                                   Attorney for MARK BAGDASARIAN

### **ORDER**

For reasons set forth above, the defendants request to have the Declaration of Anthony P. Capozzi filed Under Seal is granted.

IT IS SO ORDERED.

Dated:   **July 25, 2014**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE