1

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**

2

1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711

3

PHONE: (559) 221-0200
FAX: (559) 221-7997

4

EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

5

6

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

7

8

9                        **UNITED STATES DISTRICT COURT**

                         **EASTERN DISTRICT OF CALIFORNIA**

10                                  * * * * * *

11   UNITED STATES OF AMERICA,                Case No.: 1:11-CR-00352-LJO-SKO

12            Plaintiff,                      **STIPULATION TO CONTINUE TRIAL**
                                             **CONFIRMATION AND JURY TRIAL**
13        v.                                 **AND ORDER**

14   MARK BAGDASARIAN AND RYAN
15   BAGDASARIAN,                            **Date: August 11, 2014**
                                             Time: **8:30 a.m.**
16            Defendant.                      Courtroom: **4**
                                             **Hon. Lawrence J. O'Neill**

17

18        IT IS HEREBY STIPULATED by the parties hereto, through their respective

19   attorneys of record, that the Trial Confirmation, presently set for August 11, 2014, at 8:30

20   a.m., and the Jury Trial, presently set for August 26, 2014, be vacated.  The parties further

21   stipulate that a Status Conference be set for November 3, 2014, at 8:30 a.m.

22        Good cause exists for this request as this matter has been delayed because of the

23   Department of Justice's change in policy regarding the prosecution of marijuana dispensary

24   cases.  Counsel for Mark Bagdasarian and Ryan Bagdasarian and Assistant United States

25   Attorney Kevin Rooney are working on a resolution of this case, but need additional time, until

26   at least November 3, 2014, to resolve the issues in this case.

27        Based on the above-stated findings, the ends of justice served by vacating the trial date

28   and continuing this matter for status conference as requested outweigh the interest of the public

1   and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

2         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

3   seq., within which trial must commence, the time period of August 11, 2014 through

4   November 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

5   B(iv) because it results from a continuance granted by the Court at defendant's request on the

6   basis of the Court's finding that the ends of justice served by taking such action outweigh the

7   best interest of the public and the defendant in a speedy trial.

8         So Stipulated:

9                                             Respectfully submitted,

10  Dated:      July 25, 2014        By:  */s/Kevin P. Rooney*
                                          KEVIN P. ROONEY
11                                        Assistant United States Attorney

12

13

14  Dated:      July 25, 2014        By:  */s/Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI
15                                        Attorney for MARK BAGDASARIAN

16

17

18  Dated:      July 25, 2014        By:  */s/Charles Lee*
                                          CHARLES LEE
19                                        Attorney for RYAN BAGDASARIAN

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL
CASE NO.: 1:11-CR-00352-LJO-SKO

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation set for August 11, 2014, and the Jury Trial set for August 26, 2014, are hereby vacated.  A Status Conference is set for November 3, 2014, at 8:30 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 28, 2014**          **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE