**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN AND RYAN BAGDASARIAN,<br><br>Defendants. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>**Date:** November 3, 2014<br>**Time:** 8:30 a.m.<br>**Courtroom:** 4<br>**Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Status Conference, presently set for November 3, 2014, at 8:30 a.m., be continued to January 26, 2015, at 8:30 a.m.

Counsel for Mark Bagdasarian and Ryan Bagdasarian and Assistant United States Attorney Kevin Rooney are working on a resolution of this case, but need additional time, until at least January 26, 2015, to resolve this case or set a trial date.

Based on the above-stated findings, the ends of justice served by continuing this status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2014 through

January 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated: October 30, 2014   By:   */s/Kevin P. Rooney*
KEVIN P. ROONEY
Assistant United States Attorney

Dated: October 30, 2014   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for MARK BAGDASARIAN

Dated: October 30, 2014   By:   */s/Charles Lee*
CHARLES LEE
Attorney for RYAN BAGDASARIAN

## **ORDER**

Good cause having been shown, the Status Conference set for November 3, 2014, is hereby continued to January 26, 2015, at 8:30 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 30, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE