**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN AND RYAN BAGDASARIAN,<br><br>Defendants. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>**Date:** January 26, 2015<br>**Time:** 8:30 a.m.<br>**Courtroom:** 4<br>**Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Status Conference, presently set for January 26, 2015, at 8:30 a.m., be continued to April 27, 2015, at 8:30 a.m.

Counsel for Mark Bagdasarian and Ryan Bagdasarian and Assistant United States Attorney Kevin Rooney are working on a resolution of this case, but need additional time, until at least April 27, 2015, to resolve this case or set a trial date.

Based on the above-stated findings, the ends of justice served by continuing this status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2015, through April

27, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully submitted,

Dated:     January 22, 2015     By:     */s/Kevin P. Rooney*
                                        KEVIN P. ROONEY
                                        Assistant United States Attorney

Dated:     January 22, 2015     By:     */s/Anthony P. Capozzi*
                                        ANTHONY P. CAPOZZI
                                        Attorney for MARK BAGDASARIAN

Dated:     January 22, 2015     By:     */s/Charles Lee*
                                        CHARLES LEE
                                        Attorney for RYAN BAGDASARIAN

### ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Status Conference set for January 26, 2015, is hereby continued to April 27, 2015, at 8:30 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). IT IS SO ORDERED.

Dated:   **January 22, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE