HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RYAN BAGDASARIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>MARK BAGDASARIAN,<br>RYAN BAGDASARIAN,<br><br>                    Defendants. | NO. 1:11-cr-00352 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:   October 6, 2015<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kevin P. Rooney, Counsel for Plaintiff, Anthony P. Capozzi, Counsel for Defendant Mark Bagdasarian, and Charles J. Lee, Counsel for Defendant Ryan Bagdasarian, that the status conference in the above-captioned matter now set for August 10, 2015, **may be continued to October 26, 2015 at 8:30 a.m.**

This continuance is at the request of all parties.  Currently, *U.S. v. Lovan* (15-10122) is being briefed at the Ninth Circuit along with related cases.  That litigation involves the ability of the United States Department of Justice to expend funds to litigate cases implicating state medical marijuana authorizations.  The ruling on that case will have a substantive impact on the instant case and the parties would like to see the outcome in order to properly engage in case resolution.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: August 6, 2015                      By:  /s/ Kevin P. Rooney
                                                                  KEVIN P. ROONEY
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff

DATED: August 6, 2015                      By:  /s/ Anthony P. Capozzi
                                                                  ANTHONY P. CAPOZZI
                                                                   Attorney for Defendant
                                                                   Mark Bagdasarian

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: August 6, 2015                      By:  /s/ Charles J. Lee
                                                                  CHARLES J. LEE
                                                                   Assistant Federal Defender
                                                                   Attorneys for Defendant
                                                                   Ryan Bagdasarian

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

  Dated:   **August 7, 2015**                          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE