ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

FILED
SEP 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN,<br><br>Defendant. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>***AMENDED* STIPULATION TO SUBSTITUTE COLLATERAL AND [PROPOSED] ORDER** |

The United States of America by and through its attorney of record, Kevin P. Rooney, and Defendant, Mark Bagdasarian, by and through his attorney of record, Anthony P. Capozzi hereby stipulate that the collateral posted by Robert and Judith Thoma of a Deed of Trust in the amount of $170,000, Deed No.: 2011-0053334-00 (Docket Number 24), be released and a substitute collateral of $2,000, to be paid by Judith Thoma, be placed instead as collateral.

So Stipulated:

Respectfully submitted,

Dated: September 18, 2015    By: /s/Kevin P. Rooney
                                 KEVIN P. ROONEY
                                 Assistant United States Attorney

Dated:   September 18, 2015   By:   */s/Anthony P. Capozzi*
                                     ANTHONY P. CAPOZZI
                                     Attorney for MARK BAGDASARIAN

### ORDER

**IT IS SO ORDERED.** The collateral posted by Robert and Judith Thoma in the form of a Deed of Trust (Deed No.: 2011-0053334-00) is hereby exonerated and a substitute collateral of $2,000, to be paid by Judith Thoma, is ordered.

Dated:   September 24, 2015    By:   _____
                                     United States District Court Magistrate Judge