**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00352-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| v. | |
| MARK BAGDASARIAN AND RYAN BAGDASARIAN, | **Date:** January 25, 2016<br>**Time:** 8:30 a.m.<br>**Courtroom:** 4<br>**Hon. Lawrence J. O'Neill** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kevin P. Rooney, Anthony P. Capozzi, and Charles J. Lee, that the Status Conference, presently set for January 25, 2016, at 8:30 a.m., be continued to **May 16, 2016, at 8:30 a.m**.

This continuance is at the request of all parties. *United States v. Lovan* (15-10122) has been argued and submitted to the Ninth Circuit on December 7, 2015. This litigation involves the ability of the United States Department of Justice to expend funds to litigate cases implicating state marijuana authorizations. The ruling on that case will have a substantive impact on the instant case and the parties would like to see the outcome in order to properly engage in case resolution.

Based on the above-stated findings, the ends of justice served by continuing this status

conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2016, through May 16, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.   So Stipulated:

Respectfully submitted,

Dated:    January 5, 2016    By:  */s/Kevin P. Rooney*
KEVIN P. ROONEY
Assistant United States Attorney

Dated:    January 5, 2016    By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for MARK BAGDASARIAN

Dated:    January 5, 2016    By:  */s/Charles Lee*
CHARLES LEE
Attorney for RYAN BAGDASARIAN

**ORDER**

Good cause having been shown, the Status Conference set for January 25, 2016, is hereby continued to **May 16, 2016, at 8:30 a.m**. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 6, 2016**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE