**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN AND RYAN BAGDASARIAN,<br><br>Defendants. | Case No.: 1:11-CR-00352-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>**Date:** September 26, 2016<br>**Time:** 8:30 a.m.<br>**Courtroom:** 4<br>**Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kevin P. Rooney, Anthony P. Capozzi, and Charles J. Lee, that the Status Conference, presently set for September 21, 2016, at 8:30 a.m., be continued to **December 12, 2016, at 8:30 a.m**.

This continuance is at the request of all parties.  *United States v. Lovan* (15-10122) has been argued and submitted to the Ninth Circuit on December 7, 2015.  This litigation involves the ability of the United States Department of Justice to expend funds to litigate cases implicating state marijuana authorizations.  The ruling on that case was handed down on August 16, 2016. The appeal involved pending district court cases from three different judicial districts.  The mandate has not been issued and the United States Department of Justice has not determined whether or not it will attempt to continue the appellate litigation in that case.

Moreover, the issues presented by this ruling are new and unusual and the Department of Justice has not issued national guidance to the United States Attorneys' Offices regarding its response. The parties need additional time to properly engage in case resolution and to investigate and prepare continued litigation.

Based on the above-stated findings, the ends of justice served by continuing this status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2016, through December 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: September 21, 2016   By: */s/Kevin P. Rooney*
KEVIN P. ROONEY
Assistant United States Attorney

Dated: September 21, 2016   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for MARK BAGDASARIAN

Dated: September 21, 2016   By: */s/Charles Lee*
CHARLES LEE
Attorney for RYAN BAGDASARIAN

**<u>ORDER</u>**

Good cause having been shown, the Status Conference set for September 26, 2016, is hereby continued to **December 12, 2016, at 8:30 a.m**.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 21, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE