HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Ryan Bagdasarian

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00352 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO SET MOTIONS SCHEDULE AND EVIDENTIARY HEARING DATES |
| vs. | |
| MARK AND RYAN BAGDASARIAN, | DATE: April 24, 2017<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the following dates and deadlines be calendared in this case.

First, that a motions hearing date be calendared for March 6, 2017 at 9:30 a.m., with all parties to file by February 20, 2017, and any optional responsive briefs to be filed by February 27, 2017.

Second, the parties agree that an evidentiary hearing related to *U.S. v. McIntosh* (15-10117) shall be set for April 24, 2017 at 1:30 p.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, the need to file motions, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TABLERT<br>United States Attorney |
| DATED: January 20, 2017 | By: | /s/ *Kevin P. Rooney*<br>Kevin P. Rooney<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| DATED: January 20, 2017 | By: | /s/ *Anthony Capozzi*<br>ANTHONY CAPOZZI<br>Attorney at Law<br>Counsel for Defendant<br>MARK BAGDASARIAN |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 20, 2017 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>RYAN BAGDASARIAN |

# **O R D E R**

IT IS SO ORDERED. Time is excluded for effective defense preparation, the need to file motions, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **January 23, 2017**         /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE