1 **ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
2 1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
3 PHONE: (559) 221-0200
FAX: (559) 221-7997
4 EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARK BAGDASARIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00352-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE EVIDENTIARY HEARING AND ORDER** |
| v. | |
| MARK BAGDASARIAN AND RYAN BAGDASARIAN, | **Date:** April 24, 2017
**Time:** 1:30 p.m.
**Courtroom:** 4
**Hon. Lawrence J. O'Neill** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kevin P. Rooney, Anthony P. Capozzi, and Charles J. Lee, hereby stipulate as follows:

1. By previous motion, this matter was set for an Evidentiary Hearing on April 24, 2017, at 1:30 p.m.

2. By this stipulation, Defendants now move to vacate the Evidentiary Hearing and set this for a Change of Plea hearing on **June 5, 2017, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

a. Negotiations are ongoing and the parties believe a resolution is close. Counsels' schedules do not allow for a Monday court appearance earlier than the proposed June 5, 2017, date.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2017, to June 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: April 20, 2017    By: */s/Kevin P. Rooney*
KEVIN P. ROONEY
Assistant United States Attorney

Dated: April 20, 2017    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for MARK BAGDASARIAN

Dated: April 20, 2017    By: */s/Charles Lee*
CHARLES LEE
Attorney for RYAN BAGDASARIAN

## **ORDER**

Good cause having been shown, the Evidentiary Hearing set for April 24, 2017, is hereby vacated and a Change of Plea hearing is set for **June 5, 2017, at 8:30 a.m.** Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **April 20, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE