ANTHONY P. CAPOZZI, SBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., STE. 102
FRESNO, CALIFORNIA 93711
PHONE (559) 221-0200
FAX (559) 221-7997
EMAIL: anthony@capoozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant
MARK BAGDASARIAN

FILED

JUN 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00352-1 LJO |
| Plaintiff, | |
| v. | REQUEST TO EXONERATE SUBSTITUTE COLLATERAL AND [PROPOSED] ORDER |
| MARK BAGDASARIAN, | |
| Defendant. | |

Defendant, MARK BAGDASARIAN, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the monies returned.

1. Judith R. Thoma, substitute collateral of a cashier's check for $2,000 – Docket #85 (filed September 28, 2015).

Respectfully submitted,

DATED: June 19, 2017    By: /s/Anthony P. Capozzi
                             ANTHONY P. CAPOZZI
                             Attorney for MARK BAGDASARIAN

**ORDER**

IT IS HEREBY ORDERED that the substitute collateral of $2,000 is exonerated and the clerk of the court is ordered to return the money to Mrs. Judith R. Thoma.

IT IS SO ORDERED.

Dated: June 19, 2017

LAWRENCE J. O'NEILL
United States District Judge

| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, SBN 068525**<br>**LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., STE. 102<br>FRESNO, CALIFORNIA 93711 |
| 3 | PHONE (559) 221-0200<br>FAX (559) 221-7997 |
| 4 | EMAIL: anthony@capoozzilawoffices.com<br>www.capozzilawoffices.com |
| 5 | ATTORNEY FOR Defendant |
| 6 | MARK BAGDASARIAN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAGDASARIAN,<br><br>Defendant. | Case No.: 1:11-CR-00352-1 LJO<br><br>REQUEST TO EXONERATE SUBSTITUTE COLLATERAL AND ORDER |

Defendant, MARK BAGDASARIAN, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the monies returned.

1. Judith R. Thoma, substitute collateral of a cashier's check for $2,000 – Docket #85 (filed September 28, 2015).

Respectfully submitted,

DATED: June 15, 2017    By: /s/Anthony P. Capozzi
                            ANTHONY P. CAPOZZI
                            Attorney for MARK BAGDASARIAN

---

1
REQUEST TO EXONERATE SUBSTITUTE COLLATERAL AND ORDER
CASE NO.: 1:11-CR-00352-1 LJO

# ORDER

IT IS HEREBY ORDERED that the substitute collateral of $2,000 is exonerated and the clerk of the court is ordered to return the money to Mrs. Judith R. Thoma.

IT IS SO ORDERED.

Dated: **June 19, 2017**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE