# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARK BAGDASARIAN,

    Defendant.

Case No.: 1:11-CR-00352-1 LJO

RESCINDING JUNE 19, 2017, ORDER FOR BOND EXONERATION

On June 19, 2017, the Court ordered that the substitute collateral, ostensibly filed in September 28, 2015, in the amount of $2,000 be exonerated and returned to Mrs. Judith R. Thoma. Although a "Notice of Filing Substitute Collateral" was filed by Mr. Bagdasarian's counsel indicating a $2,000 cashier's check has been presented and paid to the Clerk's office (Doc. 85), a thorough review of the Court's records indicate this substitute collateral was never received by the Court. The June 19, 2017, order is, therefore, RESCINDED.

IT IS SO ORDERED.

Dated: **June 26, 2017**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE