PHILLIP A. TALBERT
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00352-LJO-SKO |
|---|---|
| Plaintiff, | ORDER DISMISSING FORFEITURE ALLEGATION |
| v. | |
| MARK BAGDASARIAN, RYAN BAGDASARIAN, | |
| Defendants. | |

IT IS HEREBY ORDERED that the forfeiture allegation be dismissed from the superseding indictment as to defendants Mark Bagdasarian and Ryan Bagdasarian (ECF. 42) in the above-captioned case without prejudice.

IT IS SO ORDERED.

Dated: **December 28, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

[Proposed] Order Dismissing Forfeiture Allegation     1